The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAS. H. BERESFORD CO., INC., and CHARLES H. BERESFORD CO., INC., Washington corporations,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00093-RSM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 30, 2021** |

This matter comes before the Court on the Motion of Plaintiffs The Charter Oak Fire Insurance Company and Travelers Property Casualty Company of America (together "Travelers") for partial summary judgment.

Having reviewed the motion and supporting and opposing papers, it is hereby ordered as follows:

1.　Plaintiffs' Motion for Partial Summary Judgment is GRANTED.

DATED this ____ day of April 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER (2:21-cv-00093-RSM) - 1

Presented by:

**Davis Wright Tremaine, LLP**
Attorneys for Plaintiffs

By *s/ Everett W. Jack, Jr.*
Everett W. Jack, Jr., WSBA No. 47076
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
Telephone: 503-778-5218
Fax: 503-778-5299
E-mail: jacke@dwt.com

By  *s/ Nancy A. Brownstein*
Nancy A. Brownstein, WSBA No. 50150
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Facsimile: 206-757-7700
Email: nancybrownstein@dwt.com

[PROPOSED] ORDER (2:21-cv-00093-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
503.241.2300 main · 503.778.5299 fax