The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>CHAS. H. BERESFORD CO., INC., and CHARLES H. BERESFORD CO., INC., Washington corporations,<br><br>Defendants. | Case No. 2:21-cv-00093-RSM<br><br>**STIPULATED MOTION AND ORDER EXTENDING CERTAIN DEADLINES**<br><br>*Noted on Motion Calendar:*<br>*October 28, 2021* |

## STIPULATION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs The Charter Oak Fire Insurance Company and Travelers Property Casualty Company of America ("Plaintiffs") and Defendants Chas. H. Beresford Co., Inc. and Charles H. Beresford Co., Inc. ("Defendants") move this Court for an Order extending the time for certain deadlines. The parties respectfully submit that good cause exists, as explained below.

This matter involves a dispute as to whether insurance policies issued by Plaintiffs to Defendants provide coverage for claims alleged in a lawsuit brought against Defendants captioned *Northshore School District v. Chas. H. Beresford Co., Inc.*, pending in the Superior Court for the State of Washington, King County, Case No. 20-2-18141-2 SEA ("Underlying

STIPULATED MOTION AND ORDER
EXTENDING CERTAIN DEADLINES
(2:21-cv-00093-RSM) - 1
4829-5783-8079v.2 0023566-000132

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Action"). When the parties filed their Joint Status Report and Discovery Plan [Dkt. 009], Plaintiffs stated that they "anticipate that early dispositive motions may be brought with limited or no discovery based upon the language of the relevant insurance policies and the allegations of the pleading in the Underlying Action. Once those motions have been decided, discovery of facts and circumstances relating to the Underlying Action may be required with regard to remaining issues, if any, …" Defendants' position was that "any determination of the duty to defend should be limited to the eight corners of the pleading in the Underlying Action … [and] that determination of insurance coverage for any duty to indemnify is not ripe and that discovery regarding the facts and circumstances of the Underlying Action would be prejudicial to the Defendants." *Id*. at 4.B.

Plaintiffs moved for partial summary judgment on April 7, 2021 and the motion was noted for April 30, 2021. As of this date, the motion has not been decided and the parties have deferred discovery while the motion is pending. Because there are case deadlines set by the Court in its Order Setting Trial Date and Related Dates [Dkt. 10] that are approaching in the next few months, the parties are asking to extend all the deadlines for five and a half months.

Accordingly, Plaintiffs and Defendants hereby stipulate and agree that the following deadlines be extended:

| Case Event | Old Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | December 29, 2021 | June 12, 2022 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | January 28, 2022 | July 12, 2022 |
| Discovery completed by | February 28, 2022 | August 11, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)) | March 29, 2022 | September 12, 2022 |
| Mediation per LCR 39.1 (c)(3), if requested by the parties, held no later than | May 31, 2022 | November 14, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | May 31, 2022 | November 14, 2022 |

STIPULATED MOTION AND ORDER
EXTENDING CERTAIN DEADLINES
(2:21-cv-00093-RSM) - 2
4829-5783-8079v.2 0023566-000132

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| Agreed pretrial order due | June 15, 2022 | November 29, 2022 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | June 22, 2022 | December 6, 2022 |
| BENCH TRIAL DATE (length of trial: 4 days) | June 27, 2022 | December 11, 2022 |

DATED this 28th day of October, 2021.

DAVIS WRIGHT TREMAINE LLP　　　　A. SHAWN HICKS
Attorneys for Plaintiffs　　　　　　　　　Attorneys for Defendants


By */s/Nancy A. Brownstein*　　　　　　By */s/A. Shawn Hicks*
Nancy A. Brownstein, WSBA #50150　　A. Shawn Hicks, WSBA #14734

STIPULATED MOTION AND ORDER
EXTENDING CERTAIN DEADLINES
(2:21-cv-00093-RSM) - 3
4829-5783-8079v.2 0023566-000132

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

Pursuant to the Stipulated Motion Extending Certain Deadlines, now therefore,

IT IS HEREBY ORDERED THAT the following deadlines are extended:

| Case Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 29, 2021 | June 12, 2022 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | January 28, 2022 | July 12, 2022 |
| Discovery completed by | February 28, 2022 | August 11, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 29, 2022 | September 12, 2022 |
| Mediation per LCR 39.1 (c)(3), if requested by the parties, held no later than | May 31, 2022 | November 14, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | May 31, 2022 | November 14, 2022 |
| Agreed pretrial order due | June 15, 2022 | November 29, 2022 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | June 22, 2022 | December 6, 2022 |
| BENCH TRIAL DATE (length of trial: 4 days) | June 27, 2022 | December 11, 2022 |

DATED this 28th day of October 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
EXTENDING CERTAIN DEADLINES
(2:21-cv-00093-RSM) - 4
4829-5783-8079v.2 0023566-000132

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

**Davis Wright Tremaine LLP**
Attorneys for Plaintiffs

By  *s/ Everett W. Jack, Jr.*
Everett W. Jack, Jr., WSBA No. 47076
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201-5610
Telephone: 503-778-5218
Fax: 503-778-5299
E-mail: jacke@dwt.com


By  *s/ Nancy A. Brownstein*
Nancy A. Brownstein, WSBA No. 50150
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Facsimile: 206-757-7700
Email: nancybrownstein@dwt.com

STIPULATED MOTION AND ORDER
EXTENDING CERTAIN DEADLINES
(2:21-cv-00093-RSM) - 5
4829-5783-8079v.2 0023566-000132

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax