1

2

3

4

5

The Honorable Ricardo S. Martinez

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

THE CHARTER OAK FIRE INSURANCE
COMPANY AND TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA,

Plaintiffs,

v.

CHAS. H. BERESFORD CO., INC., and
CHARLES H. BERESFORD CO., INC.,
Washington corporations,

Defendants.

Case No. 2:21-cv-00093-RSM

**STIPULATION OF DISMISSAL
AND ORDER**

NOTED FOR CONSIDERATION:
MAY 12, 2022

16

17

## STIPULATION OF DISMISSAL

18

19

20

21

22

Plaintiffs The Charter Oak Fire Insurance Company and Travelers Property Casualty

Company of America ("Plaintiffs") and Defendants Chas. H. Beresford Co., Inc. and Charles H.

Beresford Co., Inc. ("Defendants") by and through their undersigned counsel, hereby stipulate

and agree to the dismissal of all claims and counterclaims with prejudice, with each party to bear

its own attorneys' fees and costs.

23

24

DATED this 12th day of May, 2022.

25

26

27

STIPULATION OF DISMISSAL
(2:21-cv-00093-RSM) - 1
4889-2201-3213v.2 0023566-000132

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  DAVIS WRIGHT TREMAINE LLP          LAW OFFICE OF A. SHAWN HICKS
2  Attorneys for Plaintiffs            Attorneys for Defendants

3

4  By /s/Nancy A. Brownstein          By /s/A. Shawn Hicks
   Nancy A. Brownstein, WSBA #50150   A. Shawn Hicks, WSBA #14734
5  920 Fifth Avenue, Suite 3300       800 Fifth Avenue, Suite 3825
   Seattle, WA  98104-1610            Seattle, WA  98104
6  Tel: (206) 757-8039                Tel: (206)812-1414
   email: nancybrownstein@dwt.com     email: shawnhicks@att.net

7

8

9                              **ORDER**

10 It is so ORDERED.

11
       DATED this 12th day of May 2022.
12

13

14

15
                              RICARDO S. MARTINEZ
16                            CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

STIPULATION OF DISMISSAL                          Davis Wright Tremaine LLP
(2:21-cv-00093-RSM) - 2                                LAW OFFICES
4889-2201-3213v.2 0023566-000132                  920 Fifth Avenue, Suite 3300
                                                    Seattle, WA  98104-1610
                                              206.622.3150 main · 206.757.7700 fax